# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -REOPENING/CLOSING

Case No. 2:24-cv-04686-JFW-SKx            Date December 6, 2024

Title: Patrick Dunn v. Audiocitywheels, Inc.

Present: The Honorable John F. Walter, U.S. District Court Judge

| Shannon Reilly | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:                Attorneys Present for Defendants:

Not Present                                      Not Present

Proceedings:   ☐ In Court    ☒ In Chambers    ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☐ Case should have been closed on entry dated _____.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other  STIPULATION to Dismiss Case pursuant to Fed R Civ P 41(a)(1)(A)(ii) [26] - Make JS6

☐ Entered _____.

Initials of Preparer    sr